■ BRENDA HAMLIN, Respondent, v DONALD KIRNAN, Appellant.—Motion to dismiss appeal as untimely taken denied. Memorandum: The time to appeal does not begin to run until service of the order appealed from (see, Family Ct Act § 1113). In moving to dismiss the appeal, respondent has failed to submit sufficient proof of service of the order. The mailing by Family Court of its decision and order does not constitute the service contemplated by Family Court Act § 1113. Present—Callahan, J. P., Boomer, Green, Pine and Davis, JJ.

■ In the Matter of WAYNE HUDSON.—Motion for permission to appeal to Appellate Division denied. Memorandum: No appeal lies from an order denying a motion for reargument (see, 10 Carmody-Wait 2d, NY Prac § 70:23). Present—Denman, P. J., Green, Pine, Balio and Fallon, JJ.